# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN SHULTS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA, )<br>)<br>Defendants. ) | CASE NO. 4:17CV3097<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

COMES NOW the parties, Plaintiff, Warren Shults and Defendant, National Union Fire Insurance Company Of Pittsburgh, Pa., by and through their counsel of record, and hereby stipulate and agree that the above referenced action should be dismissed with prejudice, each party to pay their own costs.

Dated this 17th day of October 2017.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Defendant

By:*/s/J. Scott Paul*
J. Scott Paul #16635
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
spaul@mcgrathnorth.com

WARREN SHULTS, Plaintiff,

By:*/s/Vincent J. Dugan*
Vincent J. Dugan
Lamson Dugan & Murray LLP
10306 Regency Pkwy Drive
Omaha, NE 68114
(402) 397-7300
vince@trego-dugan.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and forwarded by regular United States mail, sufficient first-class postage prepaid to the following:

Vincent J. Dugan
Lamson Dugan & Murray LLP
10306 Regency Pkwy Drive
Omaha, NE 68114
(402) 397-7300

By:     *J. Scott Paul*