IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN SHULTS, and MARK SHULTS, as next friend of Warren Shults,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant. | 4:17CV3097<br><br>**JUDGMENT** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Filing 19) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay their own costs.

DATED this 17th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge